_AO91 (Rev. 8/01) Criminal Complaint

# United States District Court

U.S. MAGISTRATE COURT
DS - SDTX
FILED
FEB 22 2010 IS
CLERK OF COURT
LAREDO DIVISION

SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
**Marvin Cortez Estrada**
**Tijuana, Baja California**
**Mexico**

(Name and Address of Defendant)

FPD
75 Kcls
2/18/10
10AM p/s

## CRIMINAL COMPLAINT

Case Number: **L-10-MJ** 400

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **February 18, 2010** (Date) in **Webb** County, in the **Southern** District of Texas, **Marvin Cortez Estrada** defendant(s),

a **Mexican** alien, who has previously been **Removed** or has departed the United States while an order of **Removal** is outstanding was thereafter found in the United States near **Laredo, Texas** the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter) for reapplication by the said Defendant for admission into the United States.

in violation of Title **8 and 6** United States Code, Section(s) **1326 Felony and 202, 557**

I further state that I am a(n) **Senior Border Patrol Agent** (Official Title) and that this complaint is based on the following facts:

Furthermore, **Marvin Cortez Estrada** was apprehended near **Laredo, Texas** After a brief interview it was determined that, **Marvin Cortez Estrada** was an illegal alien from **Mexico** and consequently placed under arrest. Further investigation revealed that **Marvin Cortez Estrada** is a citizen of **Mexico** and was previously **Removed** from the United States on **February 10, 2010** at **Laredo, Texas** There is no record that **Marvin Cortez Estrada** has applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after deportation.

Continued on the attached sheet and made a part of this complaint: [ ] Yes [X] No

/s/ [signature]
Signature of Complainant

**Casey Thomas**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**February 22, 2010** at Laredo, Texas
Date City and State

**J. Scott Hacker**
U.S. Magistrate Judge
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer